UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHANGELA G.,<br><br>      Plaintiff,<br><br>v.<br><br>MICHELLE KING, Acting Commissioner of Social Security,[1]<br><br>      Defendant. | Case No.:  24CV2493-KSC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS [DOC. NO. 2]** |

On December 31, 2024, plaintiff Deshangela G. commenced an action against the Acting Commissioner of Social Security, seeking review of a final adverse decision of the Acting Commissioner. Doc. No. 1. Plaintiff also filed an Application to Proceed with her Complaint in forma pauperis. Doc. No. 2.

A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a).  The affidavit must "state

---

[1] Michelle King became Acting Commissioner of Social Security on January 20, 2025, and, therefore, is automatically substituted as the defendant. *See* Fed. R. Civ. P. 25(d).

1

the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted). A party need not be completely destitute to proceed in forma pauperis. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948). An affidavit is sufficient if it shows that the applicant cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Id*. (internal quotations omitted).

Here, plaintiff's Application states that she is unemployed and has limited income and assets. She receives $852 in monthly public assistance, comprised of $584 for General Relief and $268 for CalFresh. Doc. No. 2, p. 2. She is homeless and has no assets. *Id.*, pp. 3, 5. Although plaintiff lists no monthly expenses, her yearly income is below the federal poverty level.[2] *Id.*, p. 4. Therefore, the Court finds that plaintiff has sufficiently shown she lacks the financial resources to pay her filing fee. Accordingly,

IT IS HEREBY ORDERED THAT plaintiff's Application to Proceed with his Complaint in forma pauperis is GRANTED. Doc. No. 2.

Dated: January 29, 2025

Hon. Karen S. Crawford
United States Magistrate Judge

---

[2] *See* https://aspe.hhs.gov/topics/poverty-economic-mobility/poverty-guidelines (last visited Jan. 21, 2025) (listing the poverty level for a one-person household as $15,650). Plaintiff's annual income is $10,224 in public assistance. *See* Dkt. No. 2 at 2.